

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-16-00002-CV

**IN THE INTEREST OF J.C.W.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504960
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                    Rebeca C. Martinez, Justice
                    Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk